# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

11/2/2015 5:22:30 PM

PAM ESTES
Clerk

Court of Appeals No. (If known):  **12-15-00158-CR**

Trial Court Style:_____ The State of Texas v. Stanley Lionel Bolden

Trial Court & County:_____ 349th Judicial District, Anderson County, Texas
      Trial Court No.:___ 31389

Date Trial Clerk's Record Originally Due:
Date Court Reporter's/Recorder's Record Originally Due:__ 10.2.2015
Anticipated Number of Pages of Record:_ 300 pages

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:

- Other.  (Explain.):_ I have been diligently working on my caseload, and am close to completing this record along with getting the index and exhibits into the proper format, but I need an additional 30 days to ensure I will have time.  I just completed a six-day CPS jury trial which will be appealed and I am trying to work on that so as not to cause a delay there, as I understand the statute that applies to those cases.  We also started another jury trial this morning, so I haven't had time to put the finishing touches on the transcripts.

- Other cases that I am currently working on:  15CR-051 The State of Texas v. Charles Bennett, Sr. (approx.. 600 pgs.); 31982 & 32002 The State of Texas v. James Edward Mullinix, III; 14-0071 ITIO A.D.G.H. (approx.. 900 pgs.); Champage v. Champagne (approx.. 30 pgs.)

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by _ November 17, 2015,_ and **I hereby request an additional _ 15 _ days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed.  I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

Date    11.2.2015
Office Phone Number:  903.723.7415

Signature:___ _Misty McAdams_ ___
Printed Name:  Misty McAdams, CSR
mcadams349@windstream.net
Official Reporter, 349th Judicial District
Anderson & Houston County, Texas

The following parties have been served with a copy of this document:

MS. SCOTT HOLDEN                      MR. STEPHEN EVANS
ANDERSON COUNTY D.A.                  ATTORNEY AT LAW
ATTORNEY FOR THE STATE                ATTORNEY FOR THE DEFENDANT
via: email only:  sholden@co.anderson.tx.us   via:  email only:  sevanslaw@aol.com


_____

Misty McAdams, CSR
Official Reporter, 349th Judicial District
Anderson & Houston County, Texas
500 North Church,  Room 30
Palestine, TX  75801
903.723.7415
mcadams349@windstream.net